**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-74240 - 736 |
| | : | CHAPTER 13 |
| VINCENT P. ANZANO | | |
| | : | JUDGE Grossman |
| | : | NOTICE OF FINAL CURE PAYMENT |

The Chapter 13 Trustee, Michael J. Macco files this Notice of Final Cure Payment.   The amount required to cure the pre petition arrearage default in the claim listed below has been paid in full.

**Name of Creditor**: RUSHMORE LOAN MANAGEMENT SCVS.

**Last four digits**   of any number used to identify the debtor's account :   0822

---

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 006 | xxx0822/orig acct#xxx9078 | $14013.13 | $14013.13 | $14013.13 |

| | |
|---|---|
| Direct Amount Paid by Debtor | $0.00 |
| Amount of Prepetition Arrears | $0.00 |
| Total Amount Paid by Trustee | $14013.13 |

---

**Monthly ongoing Mortgage Payment**

Mortgage is Paid:

   Through the Chapter 13 Conduit         **X**   Direct by the Debtor(s)

---

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 19    day of June , 2018.

VINCENT P. ANZANO
3626 WOODBRIDGE LANE NORTH
WANTAGH, NY. 11793


ROBERT H. SOLOMON, ESQ.
24 EAST PARK AVENUE- SUITE 200
P.O. BOX 58
LONG BEACH, NY. 11561-

RUSHMORE LOAN MANAGEMENT SCVS.
PO BOX 52708
IRVINE, CA. 92619-

Creditor Attorney
U.S. Trustee


June 19, 2018                                              */s/ Michael J. Macco*
                                                           Michael J. Macco
                                                           Chapter 13 Trustee